UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MAHENDRA AMIN**, <br><br> Plaintiff, <br><br> v. <br><br> **NBCUNIVERSAL MEDIA, LLC**, <br><br> Defendant. | Southern District of Georgia <br> Civil Action No. <br> 5:21-cv-00056-LGW-BWC <br><br> Southern District of New York <br> Civil Action No. 1:23-mc-377 |

ORDER GRANTING NON-PARTY MUKHERJEE'S
MOTION TO FILE UNDER SEAL

On this 21st day of October, 2023, the Court considered Non-Party Movant Elora Mukherjee's Motion to File Under Seal. Having considered the Motion, the filings submitted in support of the Motion, and any filings submitted in opposition to the Motion,

**IT IS HEREBY ORDERED THAT:**

The Motion is GRANTED in full and Exhibit C to the Declaration of Amber Qureshi, Esq. shall be maintained under seal.

Dated: October 21, 2023
      New York, New York

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE